# UNITED STATES DISTRICT COURT
## District of South Carolina
## Charleston Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>-vs-<br><br>LEVI LEVANTE KAJANA COHEN, IV<br><br>Defendant | CASE NO: 2:25-cr-00699-BHH<br><br><br>**ORDER ALLOWING LAPTOP ACCESS** |

The Defendant, **Levi Levante Kajana Cohen, IV,** by and through his counsel, with the consent of Assistant U.S. Attorney Christopher Scott Lietzow, Esq., has requested that the Defendant have meaningful access to the evidence in his case. Because of the numerous videos in discovery and the fact that the Defendant is in custody at the Charleston County Detention Center, this Court grants the request to allow discovery to be possessed at the jail, with the following provisions. This order constitutes an exception to the Order Governing Discovery already in place in this case.

The Government has provided electronic copies of the discovery to the Defendant's attorneys, the contents of which will be loaded onto the hard drive of a laptop, and the laptop is labeled as property of the Federal Public Defender Office. The laptop shall not have discovery from any other case on its hard drive and the laptop cannot have internet access enabled.

This Court orders the Charleston County Detention Center to make the laptop available to the Defendant while he is in custody at the facility. The laptop shall be password protected, with the defendant having a unique user identification and password combination, provided only to the Defendant. The laptop will also not have discovery from any other case saved on the hard drive. Attorney Gregory Michael Galvin, Esq. will be available to meet with staff at the jail, if requested,

for a review of the laptop. The Defendant is permitted to take notes while he reviews the discovery but is not allowed to provide access to the laptop to any other individual, nor is the jail allowed to provide access to any other individuals other than those who are the subject of this Order. Failure to abide by the restrictions of this Order may result in punishment for contempt of court. The Charleston County Detention Center is ordered to make all reasonable efforts to grant equitable access to the Defendant upon request.

**IT IS SO ORDERED.**

       s/ Bruce Howe Hendricks
_____
Judge Bruce Howe Hendricks
United States District Judge

September 10, 2025
Charleston, South Carolina